# MONTEVERDE & ASSOCIATES PC
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, SUITE 4405
NEW YORK, NEW YORK 10118

**Gilat Satellite Networks Ltd. Retainer Agreement**

This confirms that you have retained Monteverde & Associates PC to file an action with a complaint against Gilat Satellite Networks Ltd. and/or its board of directors. As a named plaintiff, you acknowledge that you owned shares in Gilat Satellite Networks Ltd. prior to the recent takeover announcement and that you must maintain ownership in Gilat Satellite Networks Ltd. throughout the litigation and/or closing of the transaction.

We agree to advance all expenses in the litigation, which means that you are not liable or responsible to pay any of the expenses of the action, whether attorneys' fees or costs. **Regardless of the result, we will never ask you to directly pay for any attorneys' fees or costs.** Should we obtain a favorable result, you authorize us to ask the court to award us compensation or seek a portion of any monetary class fund, or to negotiate and obtain a fee amount from defendants to be paid by the defendants, or its insurer or successor, but, again, we will never ask you to directly pay any of the costs of this litigation.

As the client you are entitled to direct the litigation in any way you deem proper, and may at any time order us to dismiss the case or opt-out. Should you choose to do so, we will never ask you to reimburse us directly for any legal fees or expenses. During the course of this litigation, you authorize us to employ, share work and/or fees with other attorneys or law firms to prosecute your action.

We look forward to representing you in this action.

Sincerely,

Juan E. Monteverde, Esq.

Signed on February 3 2020

*[signature: F Romero]*

Frank L. Romero
288 N. Catawba Ct.
Aurora
romerofrank2019@gmail.com
3038832052

2130
1/3/2020